**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 20-cr-148 CMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. MICHAEL SANG CORREA,
a/k/a MICHAEL CORREA,
a/k/a SANG CORREA,
a/k/a MICHAEL COREA,
a/k/a MICHAEL SANG COREA,
a/k/a SANG COREA,

Defendant.

---

# INDICTMENT

---

The Grand Jury charges:

## INTRODUCTORY ALLEGATIONS

1. The defendant, **MICHAEL SANG CORREA**, is a national of the Republic of The Gambia (hereafter The Gambia).

2. The defendant, **MICHAEL SANG CORREA**, is present in the United States, having arrived in December of 2016 and remained here through and including the filing date of this Indictment. His last known address is in Denver, Colorado in the State and District of Colorado.

## GENERAL ALLEGATIONS

3. The Gambia is a country located in West Africa, bounded by the country of Senegal and the Atlantic Ocean.

4. Banjul is the capital of The Gambia.

5. From 1994 to 2017, the President of The Gambia was Yahya Jammeh.

6. The offices and official residence of the President of The Gambia are located in the State House.

7. The home village of Yahya Jammeh was known as Kanilai and was the location of Yahya Jammeh's personal residence and other properties.

8. The national military is the Gambia Armed Forces ("GAF"), also known as the Armed Forces of The Gambia.

9. The main prison facility in The Gambia is located near Banjul and is known as the Mile 2 Central Prison ("Mile 2 Prison").

10. The National Intelligence Agency ("NIA") was a Gambian government agency that was responsible for protecting state security, collecting intelligence, and conducting covert investigations, among other responsibilities.

11. The offices and headquarters of the NIA were located in Banjul in a compound known as NIA Headquarters.

12. The Gambia also had an armed unit known as the "Junglers" that answered to the Gambian President. Members of the Junglers were selected from the ranks of the GAF but operated outside the regular GAF chain of command, receiving orders from President Jammeh.

13. The Junglers were also known as the "Jungulers," "Patrol Team," "Black Boys," and/or "Black-Blacks."

14. The defendant, **MICHAEL SANG CORREA**, was a member of the Junglers and participated in their activities at all times relevant in this Indictment.

15. In 2004, the defendant, **MICHAEL SANG CORREA**, received specialized Jungler training at Kanilai, The Gambia.

16. In March 2006, the Jammeh government learned that individuals within The Gambia were attempting to overthrow the Jammeh government (the overthrow of a government is also known as a coup).

17. The Jammeh government reacted by arresting numerous individuals believed to have been part of plotting the attempt to overthrow the Jammeh government.

18. Individuals who were arrested were taken to Mile 2 Prison and to NIA Headquarters to be interrogated about their role in the coup attempt, and were subjected to severe physical and mental abuses at NIA Headquarters.

**COUNT 1**

19. Paragraphs 1-18, inclusive of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

20. Between and on or about March 2006 through August 2006, inclusive, while outside of the United States and in The Gambia, the defendant, **MICHAEL SANG CORREA**, did knowingly combine, conspire, confederate, and agree with others both known and unknown to the grand jury to commit torture, in that the defendant and others conspired to commit acts, under the color of law, specifically intended to inflict severe physical and mental pain and suffering (other than pain or suffering incidental to lawful sanctions) upon other persons,

including persons known to the grand jury, within the conspirators' custody and physical control.

**Object of the Conspiracy**

21. It was the object of the conspiracy to maintain, preserve, protect, and strengthen the power and authority of President Yahya Jammeh, and to intimidate, neutralize, punish, weaken, and eliminate actual and perceived opponents of Yahya Jammeh's government, by means of torture.

**Manner and Means of the Conspiracy**

22. The conspiracy was accomplished, in part, through the following manner and means:

23. The defendant and others known and unknown to the grand jury seized, imprisoned, and interrogated persons about actual, perceived, and potential opposition to Yahya Jammeh's government, and mistreated persons including by acts specifically intended to inflict severe physical pain and suffering.

24. The defendant and others known and unknown to the grand jury sought to coerce confessions from the victims, in order to have them admit to having had a role in the attempt to overthrow the government or to having been politically opposed to President Jammeh.

25. There was interdependence among the members of the conspiracy in that they intended to act together to inflict abuse on actual and perceived opponents of the Jammeh government in order for President Jammeh to remain in power.

**Acts in Furtherance of the Conspiracy**

26. In furtherance of the conspiracy and to accomplish its purpose and objects, at least one of the conspirators committed, and caused to be committed, outside of the United States and in The Gambia, at least one of the following acts, among others:

27. In or about March 2006, after the unsuccessful coup attempt in The Gambia that sought to remove President Jammeh from power, the defendant, **MICHAEL SANG CORREA**, and his co-conspirators both known and unknown to the grand jury, did arrest and detain certain individuals, including Victims 1 through 6, inclusive (hereafter collectively referred to as "victims").

28. After arresting these individuals, the defendant, **MICHAEL SANG CORREA**, or his co-conspirators both known and unknown to the grand jury, did transport them to Mile 2 Prison.

29. The defendant, **MICHAEL SANG CORREA**, and his co-conspirators both known and unknown to the grand jury, did later transport the victims from Mile 2 Prison to NIA Headquarters for interrogation and torture.

30. The defendant, **MICHAEL SANG CORREA**, and his co-conspirators both known and unknown to the grand jury, interrogated the victims about their involvement in, and knowledge of, the failed coup, and whether they were politically opposed to President Jammeh.

31. The defendant, **MICHAEL SANG CORREA**, and his co-conspirators both known and unknown to the grand jury, used torture to coerce victims into giving confessions.

32. The defendant, **MICHAEL SANG CORREA**, and his co-conspirators both known and unknown to the grand jury, did commit the following acts against the following victims:

**Victim 1**

33. Between and on or about March 21 through April 8, 2006, inclusive, the defendant, **MICHAEL SANG CORREA**, and his co-conspirators both known and unknown to the grand jury, did commit the following acts with respect to Victim 1:

A. Did transport Victim 1 from Mile 2 Prison to NIA Headquarters.

B. Did severely and repeatedly beat Victim 1 by striking him with hands and feet, sticks, palm branches, and wires.

C. Did extinguish cigarettes on Victim 1's body.

D. Did drip molten plastic onto Victim 1's thighs and feet.

E. Did suspend Victim 1 from the ground in a rice bag in order to beat Victim 1 while Victim 1 was inside the bag.

**Victim 2**

34. Between and on or about March 24 through April 30, 2006, inclusive, the defendant, **MICHAEL SANG CORREA**, and his co-conspirators both known

and unknown to the grand jury, did commit the following acts with respect to Victim 2:

A. Did transport Victim 2 from Mile 2 Prison to NIA Headquarters.

B. Did put a plastic bag over Victim 2's head, restricting his ability to breathe.

C. Did severely and repeatedly beat Victim 2, including by striking him repeatedly with hands and feet, branches, fists, boots, and other items.

D. Did pour cold water over Victim 2.

E. Did strike Victim 2's head with a plastic chair.

F. Did place the barrel of a pistol in Victim 2's mouth.

**Victim 3**

35. Between and on or about March 28 through April 30, 2006, inclusive, the defendant, **MICHAEL SANG CORREA**, and his co-conspirators both known and unknown to the grand jury, did commit the following acts with respect to Victim 3:

A. Did transport Victim 3 from Mile 2 Prison to NIA Headquarters.

B. Did put a plastic bag over Victim 3's head, restricting his ability to breathe.

C. Did severely and repeatedly beat Victim 3, including by striking him repeatedly with hands and feet, firearms, plastic pipes, branches, fists, boots, and other items.

D. Did place heavy bags of sand on Victim 3's back and stood and stomped on him.

E. Did bring a hot metal rod next to Victim 3's face.

F. Did pour cold water over Victim 3.

G. Did hang Victim 3 upside down by his legs and hit Victim 3 in that position.

H. Did stab Victim 3 in the shoulder with a dagger.

I. Did pour molten plastic on Victim 3's head and did pour acid on Victim 3's leg.

J. Did electrocute Victim 3 on his neck, back, and genitals.

**Victim 4**

36. Between and on or about March 21 through April 8, 2006, inclusive, the defendant, **MICHAEL SANG CORREA**, and his co-conspirators both known and unknown to the grand jury, did commit the following acts with respect to Victim 4:

A. Did transport Victim 4 from Mile 2 Prison to NIA Headquarters.

B. Did put a plastic bag over Victim 4's head, restricting his ability to breathe.

C. Did severely and repeatedly beat Victim 4 by striking him repeatedly with hands and feet, sticks, and branches.

D. Did put a knife to Victim 4's neck.

E. Did point a pistol at Victim 4's head.

**Victim 5**

37. Between and on or about March 21 through April 10, 2006, inclusive, the defendant, **MICHAEL SANG CORREA**, and his co-conspirators both known and unknown to the grand jury, did commit the following acts with respect to Victim 5:

A. Did transport Victim 5 from Mile 2 Prison to NIA Headquarters.

B. Did severely and repeatedly beat Victim 5 by striking him repeatedly with hands and feet, firearms, rubber hoses, wire conduits, and hammers.

C. Did put a plastic bag over Victim 5's head, restricting his ability to breathe.

D. Did electrocute Victim 5 on his hands, head, and genitals.

E. Did try to force Victim 5's head through a small window.

**Victim 6**

38. Between and on or about March 21 through April of 2006, inclusive, the defendant, **MICHAEL SANG CORREA**, and his co-conspirators both known and unknown to the grand jury, did commit the following acts with respect to Victim 6:

A. Did transport Victim 6 from Mile 2 to NIA Headquarters.

B. Did severely and repeatedly beat Victim 6 by striking him repeatedly with hands and feet, firearms, sticks, and palm branches.

C. Did hit Victim 6 in the face with a hammer.

D. Did attempt to stab Victim 6 with a bayonet.

E. Did extinguish cigarettes on Victim 6's wrist, shoulder, and stomach.

F. Did rub sand in Victim 6's eyes.

G. Did electrocute Victim 6 with wire wrapped around his arms.

All in violation of Title 18, United States Code, Sections 2340 and 2340A.

**COUNT 2**

39. Paragraphs 1-18, inclusive of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

40. Between and on or about March 21 through April 8, 2006, inclusive, while outside of the United States and in The Gambia, the defendant, **MICHAEL SANG CORREA**, together with others both known and unknown to the grand jury did, while specifically intending to inflict severe physical pain and suffering (other than pain or suffering incidental to lawful sanctions), commit and attempt to commit torture, while acting under color of law, by committing and causing and aiding and abetting others to commit acts against another person known to the grand jury (referred to herein as Victim 1) within their custody and physical control, and, further, the defendant, **MICHAEL SANG CORREA**, together with others both known and unknown to the grand jury, did knowingly and intentionally aid, abet, counsel, command, induce, and procure each others' participation in the commission of said offense.

All in violation of Title 18, United States Code, Sections 2340 and 2340A and 2.

**COUNT 3**

41. Paragraphs 1-18, inclusive of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

42. Between and on or about March 24 through April 30, 2006, inclusive, while outside of the United States and in The Gambia, the defendant, **MICHAEL SANG CORREA**, together with others both known and unknown to the grand

jury did, while specifically intending to inflict severe physical pain and suffering (other than pain or suffering incidental to lawful sanctions), commit and attempt to commit torture, while acting under color of law, by committing and causing and aiding and abetting others to commit acts against another person known to the grand jury (referred to herein as Victim 2) within their custody and physical control, and, further, the defendant, **MICHAEL SANG CORREA**, together with others both known and unknown to the grand jury, did knowingly and intentionally aid, abet, counsel, command, induce, and procure each others' participation in the commission of said offense.

All in violation of Title 18, United States Code, Sections 2340 and 2340A and 2.

**COUNT 4**

43. Paragraphs 1-18, inclusive of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

44. Between and on or about March 28 through April 30, 2006, inclusive, while outside of the United States and in The Gambia, the defendant, **MICHAEL SANG CORREA**, together with others both known and unknown to the grand jury did, while specifically intending to inflict severe physical pain and suffering (other than pain or suffering incidental to lawful sanctions), commit and attempt to commit torture, while acting under color of law, by committing and causing and aiding and abetting others to commit acts against another person known to the grand jury (referred to herein as Victim 3) within their custody and physical control and, further, the defendant, **MICHAEL SANG CORREA**, together with

others both known and unknown to the grand jury, did knowingly and intentionally aid, abet, counsel, command, induce, and procure each others' participation in the commission of said offense.

All in violation of Title 18, United States Code, Sections 2340 and 2340A and 2.

**COUNT 5**

45. Paragraphs 1-18, inclusive of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

46. Between and on or about March 21 through April 8, 2006, inclusive, while outside of the United States and in The Gambia, the defendant, **MICHAEL SANG CORREA**, together with others both known and unknown to the grand jury did, while specifically intending to inflict severe physical pain and suffering (other than pain or suffering incidental to lawful sanctions), commit and attempt to commit torture, while acting under color of law, by committing and causing and aiding and abetting others to commit acts against another person known to the grand jury (referred to herein as Victim 4) within their custody and physical control, and, further, the defendant, **MICHAEL SANG CORREA**, together with others both known and unknown to the grand jury, did knowingly and intentionally aid, abet, counsel, command, induce, and procure each others' participation in the commission of said offense.

All in violation of Title 18, United States Code, Sections 2340 and 2340A and 2.

**COUNT 6**

47. Paragraphs 1-18, inclusive of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

48. Between and on or about March 21 through April 30, 2006, inclusive, while outside of the United States and in The Gambia, the defendant, **MICHAEL SANG CORREA**, together with others both known and unknown to the grand jury did, while specifically intending to inflict severe physical pain and suffering (other than pain or suffering incidental to lawful sanctions), commit and attempt to commit torture, while acting under color of law, by committing and causing and aiding and abetting others to commit acts against another person known to the grand jury (referred to herein as Victim 5) within their custody and physical control, and, further, the defendant, **MICHAEL SANG CORREA**, together with others both known and unknown to the grand jury, did knowingly and intentionally aid, abet, counsel, command, induce, and procure each others' participation in the commission of said offense.

All in violation of Title 18, United States Code, Sections 2340 and 2340A and 2.

**COUNT 7**

49. Paragraphs 1-18, inclusive of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

50. Between and on or about March 21 through April 30, 2006, inclusive, while outside of the United States and in The Gambia, the defendant, **MICHAEL SANG CORREA**, together with others both known and unknown to the grand

jury did, while specifically intending to inflict severe physical pain and suffering (other than pain or suffering incidental to lawful sanctions), commit and attempt to commit torture, while acting under color of law, by committing and causing and aiding and abetting others to commit acts against another person known to the grand jury (referred to herein as Victim 6) within their custody and physical control, and, further, the defendant, **MICHAEL SANG CORREA**, together with others both known and unknown to the grand jury, did knowingly and intentionally aid, abet, counsel, command, induce, and procure each others' participation in the commission of said offense.

All in violation of Title 18, United States Code, Sections 2340 and 2340A and 2.

A TRUE BILL:

Ink Signature on File in the Clerk's Office
FOREPERSON

JASON R. DUNN
United States Attorney

By: *s/ Gregory Holloway*
Gregory Holloway
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite1600
Denver, Colorado 80202
Telephone: 303-454-0200
Fax: 303-454-0406
E-mail: Gregory.Holloway@usdoj.gov
Attorney for Government

BRIAN A. BENCZKOWSKI
Assistant Attorney General

By: *s/ Erin Cox*
ERIN COX
Trial Attorney
Human Rights and Special Prosecutions Section
Criminal Division
1301 New York Ave. N.W.
Washington, D.C. 20530
Telephone: (202) 598-2771
Fax: (202) 305-4624
E-mail: Erin.Cox@usdoj.gov
By: *s/ Christina Giffin*
CHRISTINA GIFFIN
Senior Counsel
Human Rights and Special Prosecutions Section
Criminal Division
1301 New York Ave. N.W.
Washington, D.C. 20530
Telephone: (202) 514-5792
Fax: (202) 305-4624
E-mail: Christina.Giffin@usdoj.gov