DEFENDANT:  MICHAEL SANG CORREA,
    a/k/a MICHAEL CORREA, a/k/a SANG CORREA, a/k/a MICHAEL COREA,
    a/k/a MICHAEL SANG COREA, a/k/a SANG COREA,

AGE/YOB:  1979

ADDRESS:  DENVER, COLORADO

COMPLAINT FILED?  _____ YES  __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  _____ YES  __X__ NO

OFFENSES:  COUNT 1:  Title 18 U.S.C. § 2340A(c), Conspiracy to Commit Torture

    COUNTS 2 through 7:  Title 18 U.S.C. §§ 2340 and 2340A; and 2, Torture and Aiding and Abetting the Same

LOCATION OF OFFENSE
(County and State):  Denver County, Colorado and The Gambia, Africa

PENALTIES:  COUNT 1:  NMT 20 years in prison, NMT $250,000 fine, or both; NMT 5 years supervised release; $100 special assessment; and restitution

    COUNTS 2 through 7:  NMT 20 years in prison, NMT $250,000 fine, or both; NMT 5 years supervised release; $100 special assessment; and restitution (for each count)

AGENT/DEPUTY:  Barton Garrison, Homeland Security Investigations

AUTHORIZED BY:  Gregory A. Holloway, Assistant U.S. Attorney
District of Colorado

Erin Cox, Trial Attorney
Tina Giffin, Senior Counsel
U.S. Department of Justice, Human Rights and
Special Prosecutions Section

ESTIMATED TIME OF TRIAL:

_____ five days or less        __X__ over five days

THE GOVERNMENT

__X__ Will seek detention in this case based on 18 U.S.C. § 3142(f)(1).

The statutory presumption of detention **is** applicable to this defendant.