AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>1. MICHAEL SANG CORREA,<br>a/k/a MICHAEL CORREA, a/k/a SANG CORREA,<br>a/k/a MICHAEL COREA, a/k/a MICHAEL SANG COREA, a/k/a SANG COREA,<br>*Defendant* | Case No.  20-cr-148 CMA |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   MICHAEL SANG CORREA, a/k/a MICHAEL CORREA, a/k/a SANG CORREA, a/k/a MICHAEL,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Title 18 U.S.C. § 2340A(c), Conspiracy to Commit Torture
Title 18 U.S.C. §§ 2340 and 2340A; and 2, Torture and Aiding and Abetting the Same

Date:  06/02/2020

*Issuing officer's signature*   s/E. Van Alphen, Deputy Clerk

City and state:   Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____

at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*