UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00148-CMA

**UNITED STATES OF AMERICA**,

**Plaintiff**,

**v.**

**1.  MICHAEL SANG CORREA,
a/k/a MICHAEL CORREA,
a/k/a SANG CORREA,
a/k/a MICHAEL COREA,
a/k/a MICHAEL SANG COREA,
a/k/a SANG COREA,**

**Defendant.**

_____

REPORTER'S TRANSCRIPT
(Status Conference)
_____

      Proceedings before the HONORABLE CHRISTINE M. ARGUELLO, Judge, United States District Court, for the District of Colorado, commencing at 1:57 p.m. on the 3rd day of December, 2020, Alfred A. Arraj United States Courthouse, Denver, Colorado.

A P P E A R A N C E S

**FOR THE PLAINTIFF:**
GREGORY ALLEN HOLLOWAY, U.S. Attorney's Office, 1801 California St., Suite 1600, Denver, CO 80202
CHRISTINA P. GIFFIN and ERIN S. COX, U.S. Department of Justice, Criminal Division, Human Rights and Special Prosecutions Section, 1301 New York Avenue, N.W., Washington, DC 20530

**FOR THE DEFENDANT:**
MATTHEW KYLE BELCHER, Office of the Federal Public Defender, 633 Seventeenth St., Suite 1000, Denver, CO 80202

```
 1                    DECEMBER 3, 2020
 2           (Proceedings commence at 1:57 p.m.)
 3           THE COURT:  Good afternoon.
 4           Court calls Criminal Case No. 20-cr-00148-CMA,
 5   encaptioned United States of America v. Michael Sang
 6   Correa.
 7           Counsel, would you please enter your appearances.
 8           MR. HOLLOWAY:  Good afternoon, Your Honor, Greg
 9   Holloway, Assistant United States Attorney, on behalf of
10   the United States of America.  Appearing with me today is
11   Ms. Tina Giffin, who is a senior trial attorney with the
12   Human Rights and Special Prosecutions Section of the
13   United States Department of Justice.
14           THE COURT:  Good afternoon.
15           MS. GIFFIN:  Good afternoon, Your Honor.  We are
16   also joined by Erin Cox, who works as a senior trial
17   attorney in my office with the Department of Justice.
18           THE COURT:  All right.  Good afternoon.
19           MR. BELCHER:  Good afternoon, Your Honor, Matthew
20   Belcher appearing on behalf of Mr. Correa.  Mr. Correa is
21   appearing via VTC from the GEO facility.
22           THE COURT:  All right.  Good afternoon.
23           All right.  We are here today for a status
24   conference.  In Document No. 27, the Government requested,
25   with the concurrence of the defendant, that this Court
```

1  declare this case to be complex due to the nature of the
2  prosecution, which involves voluminous discovery and the
3  obtaining of foreign evidence and interviewing of foreign
4  witnesses and the novel questions of fact and law that
5  this case presents.
6      The Court granted that motion because it believed
7  it was unreasonable to expect adequate preparation for
8  pretrial proceedings or for the trial, itself, within the
9  limits set forth by the Speedy Trial Act.
10     Rather than set a motions deadlines and set the
11 case for trial, at that time the Court found it was more
12 prudent to give the parties some time to develop the case
13 and the defense.  And, therefore, instead of setting trial
14 dates or motions dates it set this case for today's status
15 conference so that we could all discuss where the case now
16 stands and how it is that we should move forward to ensure
17 that this case does not stall.
18     So, Mr. Holloway, I will let you inform the Court
19 first as to where we stand with respect to discovery and
20 any other things, and then I will hear from Mr. Belcher
21 with respect to motions and other deadlines.
22     MR. HOLLOWAY:  Thank you, Your Honor.  At this
23 point the Government has produced well over 12,000 pages
24 of discovery, and that is solely -- that 12,000 number
25 doesn't include an additional production of cellphone

```
 1    records, a large number of the defendant's jail calls and
 2    other associated materials.
 3              We are aware of our ongoing discovery obligations
 4    and are still going through things.  I described it to
 5    defense counsel in a call the other day as our initial
 6    production were the core of the case; so the basic
 7    material relating directly to the Indictment.  And then as
 8    we go through our other discovery obligations, the
 9    materials are getting more and more tangential as you
10    radiate out from the core.
11              But, we are making extraordinary efforts to be as
12    thorough as possible.  And so we anticipate additional
13    productions, and that does include the international
14    aspect of the case and sensitive documents.  We have
15    provided, and shortly will provide, more documents that
16    are sensitive, such as asylum applications, which require
17    special protections.  We have provided non-governmental
18    organizational materials.
19              And we do foresee potentially working through
20    issues that may include classified documents due to the
21    international aspect.  And, if that is the case, I do want
22    to prepare the Court and counsel that if such materials
23    are discoverable or need review, we could potentially file
24    proceedings under the Classified Information Procedures
25    Act, or CIPA, certainly CIPA Section 2, where we can
```

1  inform the Court of any materials that are found that may
2  be potentially discoverable for the Court's determination
3  and guidance.
4          I don't know if that process will happen yet or
5  not, but certainly with the international dynamic of the
6  case and the nature of the case, it is a search and it is
7  a review that the Government undertakes and takes very
8  seriously.
9          And so the discovery has been complex and already
10 has been quite, quite voluminous.  And although it is
11 proceeding along quite efficiently, I believe that
12 Mr. Belcher would attest to the fact that he is getting a
13 lot of material.  So that's the status of the discovery as
14 it stands right now.
15          THE COURT:  All right.  So, as I understand it
16 then, you do anticipate that there will be additional
17 discovery?
18          MR. HOLLOWAY:  I do.
19          THE COURT:  Which means that our speedy trial based
20 on the order that I issued will run on January 4, 2021.
21 So, are you anticipating filing another EOJ continuance
22 motion, and will that be stipulated to by the defendant?
23          MR. HOLLOWAY:  I believe we would be filling
24 another joint motion for an ends-of-justice continuance,
25 yes, also in conjunction with our complexity designation.

1         In talking with Mr. Belcher yesterday, he also
2    expressed that his investigation has experienced
3    complications arisen by the pandemic, and certainly the
4    Government has faced the same complications.  And so I do
5    anticipate the filing of an additional motion to continue,
6    and I believe that motion will be joint.
7         The numbers that we talked about the other day were
8    requesting an additional 180 days, with the status about 3
9    months into that 180 days.  Certainly we're all trying to
10   find out what it is that is going to happen.  And we are
11   appreciative of the fact that we're sort of in unchartered
12   territory on all of this.
13        THE COURT:  All right.  Mr. Belcher?
14        MR. BELCHER:  Thank you, Your Honor.  I agree with
15   Mr. Holloway that while I believe --
16        COURTROOM DEPUTY:  Excuse me, Your Honor,
17   Mr. Belcher, we lost Mr. Holloway.
18        THE COURT:  Let's wait until we can get him back.
19        MR. HOLLOWAY:  We are all back.
20        THE COURT:  Mr. Belcher, you may proceed.
21        MR. BELCHER:  Thank you, Your Honor.
22        I agree with Mr. Holloway's recitation of events
23   and where we are at with the discovery.  I can tell the
24   Court that just within the past couple of weeks, we have
25   received very large discovery dumps, including one on

1   November the 20th and one on December the 2nd.

2           My office is still going through a lot of that and
3   putting it into CaseMap, the trial management software
4   that we are using.  And we are certainly diligently trying
5   to comb through the discovery, but the volume of it has
6   been overwhelming.

7           And I can tell the Court right now we have reviewed
8   the initial discovery disclosure that took place around
9   the time of the motion to declare the case complex, but we
10  are still working through the last two discovery
11  disclosures and are anticipating more to come.

12          In addition, Mr. Holloway hinted at some
13  difficulties in our office's investigation of this case
14  due to the pandemic.  One thing that is still pretty
15  shocking to me is I have still been unable, Your Honor, to
16  meet with Mr. Correa in person.

17          In fact, this is the first time I have actually
18  seen him since the beginning of this case.  I don't know
19  if the Court gets the same updates our office gets, but
20  the facilities that house our clients are having yet
21  another wave of COVID-19 outbreak, to include quite a
22  serious one at the GEO facility where Mr. Correa is
23  located.  And, given that, one of the restrictions is that
24  even attorneys are not being allowed to meet with their
25  clients in person.

1           So, while that has not denied me my ability to
2   speak to him on occasion, it certainly is not the same as
3   being able to sit down with your client and review
4   discovery and discuss pretrial motions and trial.
5           Additionally, Your Honor, my review of the
6   discovery to date, which isn't complete, along with my
7   investigator's review of the discovery, have highlighted
8   numerous individuals of interest that we would want to
9   interview and speak with, and the majority, if not all of
10  them, appear to be in The Gambia.
11          Locating them, their contact information,
12  attempting to contact them, and then eventually traveling
13  to The Gambia to meet with these people and continue our
14  investigation there, which is where, as the Court is
15  aware, these allegations stem from wholly, are just not
16  only complicated by the pandemic but we are unable to
17  travel to Africa at this time.
18          And, as we were discussing it yesterday,
19  Mr. Holloway noted that there have been articles about the
20  difficulty that is foreseen in distributing the vaccine in
21  Africa.  And so right now, we're not even certain when it
22  would be safe to travel to The Gambia to further
23  investigate this.
24          And so given all these complications, Your Honor,
25  we are certainly not in a position at this time to

1      effectively represent Mr. Correa, prepare pretrial

2      motions, and prepare for trial, itself.

3              One additional complication that will arise

4      eventually, if this case ends up going to trial, as it is

5      currently set for, will be working with the government,

6      and the government, itself, working to try to get Visas

7      and try to get witnesses from The Gambia to be able to

8      travel here.

9              On a pre-pandemic case, Mr. Holloway estimated it

10     takes a good 60 days, if not more, to complete that

11     process.  And we are uncertain how complicated that

12     process will be given the pandemic going forward.

13             And, given all of that, Your Honor, what we've

14     discussed is we did not want to request a huge amount of

15     time, because we just don't know how the world is going to

16     change in the coming months, and so I can't say for

17     certain that the 180 days that I intend to request will be

18     the last, but we certainly want to do it in a manner that

19     doesn't just leave Mr. Correa twisting in the wind.

20             And we hope that maybe in 3 months we will have a

21     better understanding of where we are at and what we are

22     facing and what it is going to take to accomplish and

23     address it then.

24             So, if for some reason the skies open and the sun

25     comes out and everything is great in 3 months, hopefully

```
 1   we can speed this process up a little bit for Mr. Correa
 2   and try to get this resolved one way or the other.
 3            THE COURT:  All right.  Very good.  So, what I hear
 4   you saying is that you are not anywhere close to being
 5   able to file any motions at this point and so it makes no
 6   sense to set any motions deadlines or even set this matter
 7   for trial?
 8            MR. BELCHER:  That's correct.
 9            THE COURT:  All right.  When do you anticipate you
10   will be filing the ends-of-justice motion?
11            MR. BELCHER:  Next week.
12            THE COURT:  Okay.  Great.  Because with Christmas
13   coming up and the deadline being January 4th, I want to
14   make sure that we get that entered well beforehand.
15            All right.  Are there any other matters that you
16   need to bring to my attention?
17            MR. BELCHER:  Not from the defense, Your Honor.
18   Thank you.
19            MR. HOLLOWAY:  The only thing, Your Honor --
20   apologize.  The only thing, Your Honor, in terms of making
21   sure that we cover all our bases with regard to the speedy
22   trial calculation, is I do recall that as a result of the
23   pandemic, Mr. Correa had his initial appearance on June
24   11th, and then his arraignment was delayed from June 16th
25   to July 1st because Mr. Correa, unfortunately, had tested
```

1    positive for COVID.

2         I'm not sure what impact that has on the speedy

3    trial calculation, but I did want to bring it to the

4    Court's attention.  I know that we flagged it in the last

5    requesting of a continuance, and would request a court

6    finding as to those 15 days with regard to that dynamic.

7         THE COURT:  I assumed when I entered my order --

8         MR. HOLLOWAY:  I just wanted to bring that to the

9    Court's attention because I know the Court is extremely

10   careful about those things, and I just want to make sure

11   we don't loose track of it on the record.

12        THE COURT:  Okay.  I assumed, when I entered my

13   order and I found that the speedy trial clock was at

14   September 4, 2020, that if there was any objection from

15   the defense to that, there would have been an objection

16   filed.  So, I assumed, because no objection was filed,

17   that that is the correct calculation.

18        Mr. Belcher?

19        MR. BELCHER:  I assumed the same, as well, Your

20   Honor.

21        THE COURT:  All right.  Well, I appreciate it

22   because we do need to get that on the record to make sure

23   there are no problems coming down the road.

24        All right.  Very good.

25        MR. HOLLOWAY:  Thank you, Your Honor.

1            THE COURT:  Then I will expect to see a joint
2    ends-of-justice motion probably for 180 days filed
3    sometime during the next week.
4            MR. BELCHER:  Yes, Your Honor.
5            THE COURT:  In granting that we will then set it
6    for another status conference 4 or 5 months in just to see
7    where we stand at that point.  All right.
8            MR. BELCHER:  Thank you, Your Honor.
9            THE COURT:  All right.  If there is nothing
10   further, then, Court will be in recess.
11           (Proceedings conclude at 2:12 p.m.)
12
13            **R E P O R T E R ' S   C E R T I F I C A T E**
14           I, Darlene M. Martinez, Official Certified
15   Shorthand Reporter for the United States District Court,
16   District of Colorado, do hereby certify that the foregoing
17   is a true and accurate transcript of the proceedings had
18   as taken stenographically by me at the time and place
19   aforementioned.
20
21           Dated this 5th day of December, 2020.
22
23           _____
24           s/Darlene M. Martinez
25           RMR, CRR