IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:20-cr-00148-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    MICHAEL SANG CORREA,

    Defendant.

---

**NOTICE OF ENTRY OF APPEARANCE**

---

To: The Clerk of the court and all parties of Record

    The United States of America, by Cole Finegan, United States Attorney for the District of Colorado, through Melissa Hindman, Assistant United States Attorney hereby enters her appearance as counsel for the Government in this case.

//

1

I hereby certify that I am a member in good standing of the bar of this court.

Dated this 6th day of April, 2022.

                                 Respectfully submitted,

                                 COLE FINEGAN
                                 United States Attorney

                                 By: *s/ Melissa Hindman*
                                 Assistant United States Attorney
                                 United States Attorney's Office
                                 1801 California Street, Suite 1600
                                 Denver, Colorado 80202
                                 Telephone: (303) 454-0100
                                 Fax: (303) 454-0403
                                 E-mail: melissa.hindman@usdoj.gov
                                 Attorney for the Government

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of April, 2022, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

> *s/Mariah Hill*
> Legal Assistant
> United States Attorney's Office
> 1801 California Street, Suite 1600
> Denver, Colorado 80202
> Phone: 303-454-0100
> Email:  Mariah.Hill@usdoj.gov