IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 20-cr-00148-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL SANG CORREA,

    Defendant.

---

**ORDER TO EXCLUDE TIME FROM SPEEDY TRIAL ACT
AND CONTINUE TRIAL DATES**

---

This matter is before the Court on Defendant's Unopposed Motion for an Ends of Justice Continuance (Doc. # 58). The Court has reviewed this Motion and the case file, and the reasons set forth in the motion, specifically:

1. This case was declared complex on July 14, 2020.
2. The discovery disclosure process is still ongoing.

Upon review, the Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by granting the Motion outweigh the best interests of the public and the Defendant in a speedy trial. It is, therefore,

ORDERED that Defendant's Unopposed Motion for an Ends of Justice Continuance (Doc. # 58) is GRANTED and the Court hereby grants an ends of justice

continuance in this case of **180 days**, which shall be excluded from the speedy trial clock, which currently stands at **June 30, 2022**.  It is

FURTHER ORDERED that a Status Conference is set for **August 11. 2022 at 2:00 PM**.  This hearing will be held via VTC.   Counsel are directed to contact Chambers not later than THREE DAYS before the Hearing for instructions on how to proceed with the VTC/Telephone.

DATED:  April 12, 2022

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge