**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No. 20-cr-00148-CMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.  MICHAEL SANG CORREA,
a/k/a MICHAEL CORREA,
a/k/a SANG CORREA,
a/k/a MICHAEL COREA,
a/k/a MICHAEL SANG COREA,
a/k/a SANG COREA,

Defendant.
_____
REPORTER'S TRANSCRIPT
(Status Conference)
_____

Proceedings before the HONORABLE CHRISTINE M. ARGUELLO, Judge, United States District Court, for the District of Colorado, commencing at 9:01 a.m. on the 6th Day of April, 2022, Alfred A. Arraj United States Courthouse, Denver, Colorado.


**A P P E A R A N C E S**

**FOR THE PLAINTIFF:**
GREGORY ALLEN HOLLOWAY, MELISSA ERIN HINDMAN, and MATTHEW T. KIRSCH, U.S. Attorney's Office, 1801 California St., Suite 1600, Denver, CO 80202

CHRISTINA P. GIFFIN and ERIN S. COX, U.S. Department of Justice, Criminal Division, Human Rights and Special Prosecutions Section, 1301 New York Avenue, N.W., Washington, DC 20530

**FOR THE DEFENDANT:**
MATTHEW KYLE BELCHER, Office of the Federal Public Defender, 633 Seventeenth St., Suite 1000, Denver, CO 80202

```
 1                       APRIL 6, 2022
 2            (Proceedings commence at 9:01 a.m.)
 3            THE COURT:  All right.  Good morning.
 4            The Court calls Criminal Case No. 20-cr-00148-CMA,
 5   encaptioned United States of America v. Michael Sang
 6   Correa.
 7            Counsel, would you please enter your appearances.
 8            MR. HOLLOWAY:  Good morning, Your Honor, Greg
 9   Holloway, Assistant United States Attorney, on behalf of
10   the United States of America.  With me this morning are
11   Christina Giffin and Erin Cox, of the Human Rights Special
12   Prosecution Section of the United States Department of
13   Justice.  Also with me this morning, from the District of
14   Colorado, is Melissa Hindman and Matt Kirsch, of our
15   office.
16            By way of explanation, I am departing for a detail
17   within the Department of Justice, and so I will no longer
18   be working on this case for the next 12 months, at least.
19   So that is why Mr. Belcher is outnumbered at the moment.
20            THE COURT:  I was going to say, you all pretty much
21   outnumbered him today.
22            MR. HOLLOWAY:  Yes.  So we are just making sure
23   that there is a seamless hand off with my departure, and
24   that is all for introductions, Your Honor.
25            THE COURT:  All right.
```

1                MR. BELCHER:  Good morning, Your Honor, Matthew
2    Belcher on behalf of Mr. Correa.  And I thought for a
3    second I at least had another defense attorney in there,
4    Mr. Saint-Veltri, but he might have stepped out.
5                THE COURT:  All right.  Well, good morning
6    everyone.  We are here for a follow-up status conference.
7    We were last here on November 9th of 2021.  At that time
8    we discussed what needed to happen.  You all educated me
9    quite well.
10               My understanding was that, Mr. Holloway, that you
11   were -- the Government provided summaries of the
12   information it believed was relevant, and those summaries
13   were provided to the relevant intelligence agencies,
14   pursuant to Section 5 of CIPA.  They were supposed to
15   review those summaries, and then you had indicated that
16   usually that review would be completed by January, and
17   then you would file the Section 5 motion under CIPA.  I do
18   not see a motion on the docket, so I guess I wonder what
19   the status of that is.
20               MR. HOLLOWAY:  That is correct.  Those summaries
21   are still being reviewed by the intelligence agencies, and
22   in that same period of time, while we have a draft done
23   and ready for the Court, we still need their sign off and
24   approval with regard to the summaries that we have
25   completed and with them for their approval.

1         Also, it is my understanding that defense counsel
2    has made his trip to The Gambia.  And Ms. Giffin and
3    Mr. Cox have also made trips to The Gambia, which has
4    created the fact that there will be additional discovery
5    to be provided.  I don't know if Mr. Belcher has discovery
6    to provide from his trip.
7         But, that, too, has created new inquiries that
8    could potentially add to our CIPA process.  And so
9    discovery is ongoing.  I know that both parties are
10   working very, very hard to try to get this completed.  And
11   that is the status of where we are at.
12        I spoke with Mr. Belcher about this this morning,
13   whether or not to set some dates and how we should proceed
14   with these matters, and Mr. Belcher suggested perhaps
15   another continuance, in the fact that he would like to
16   have the whole process complete before making
17   determinations about that, which we believe is reasonable.
18        THE COURT:  All right. And I did receive the ex
19   parte affidavit from Mr. Belcher, that is Docket No. 50,
20   and I was going to inquire, Mr. Belcher, have you been
21   able to travel -- complete your international travels, as
22   you indicated you were waiting to do the last time we met?
23        MR. BELCHER:  Yes, Your Honor.  In early January,
24   me and an investigator traveled to The Gambia and stayed
25   there for approximately a week.  I am not sure if any of

1    the additional discovery or either CIPA or follow-up

2    investigation that was conducted by the Government after

3    my trip will require me to return or not, but I have made

4    a successful trip to The Gambia.

5          THE COURT:  All right.  And in line with where we

6    proceed on -- well, I granted a 188 day ends-of-justice

7    continuance from the then speedy trial date, which was

8    December 31, 2021.  That speedy trial clock will run out

9    on June 29, 2022.  And so that was my next question, is

10   how do you all recommend we proceed?  Is there going to be

11   another EOJ filed and, if so, for how much time?  And what

12   are your recommendations with respect to how you wish to

13   proceed?

14          MR. BELCHER:  Your Honor, my recommendation would

15   be much of the same until the discovery process is

16   complete.  I will not be in a position to effectively

17   advise my client as to both pretrial motions and/or trial,

18   itself.

19          Additionally, there might be additional follow-up

20   investigation that I will need to conduct after receiving

21   and reviewing it.  And it is also my understanding of the

22   CIPA process that the Court will have to review and make

23   determinations as to relevancy and whether or not the

24   summaries adequately reflect the discovery provided to the

25   Court.  So all that will take some time.

1     I spoke with the Government this morning.  Neither
2  one of us are able to look into a crystal ball and say
3  exactly when all of this will be accomplished.  And so my
4  idea, quoted to the Government, was just to continue with
5  the modest 6-month EOJ continuance, with a status
6  conference, in order to keep the case moving forward as
7  fast as we can, while also making sure that we are both
8  doing our jobs effectively.
9     THE COURT:  All right.  And I guess, Mr. Holloway,
10  my question for you is, the law clerk whom I am attempting
11  to get security clearance to assist me with this case will
12  be leaving me in September.  And I am just wondering how
13  long this case is going to drag on, because if it is going
14  to go beyond that, for at least the part he would need to
15  advise me, I need to switch that over to my other law
16  clerk.
17     MR. HOLLOWAY:  I believe that it would be most
18  prudent to -- well, I would hope it would be done by
19  September.  I think that prudence would necessitate having
20  it change to another law clerk, Your Honor.  I think that
21  is the most realistic.
22     THE COURT:  I may have to try to get clearance for
23  both.
24     MR. HOLLOWAY:  I think that is a good idea.
25     THE COURT:  It will take time.  He is already in

1  the process.  It is going to take time to get -- we
2  applied for this way back, I think, in September, and we
3  just now -- I just now talked to the FBI agent.  So I
4  probably will need to get clearance for both my law clerks
5  so we will be able to move forward as expeditiously as
6  possible.
7         MR. HOLLOWAY:  Yes.  Having had a lot of experience
8  with this process, it is incremental, at best.  It does
9  take a very, very long time.  And I know that all of the
10 parties are working as hard as they can to make it go as
11 fast as we can, but I think, again, it would be good to
12 have another law clerk in the pipeline to get that
13 security clearance.
14        THE COURT:  All right.  Then my understanding is
15 that one or both of you will file an ends-of-justice
16 motion, maybe it is stipulated or an unopposed
17 ends-of-justice motion, for an additional 6 months.
18        When will you get that filed?  And there is no
19 rush.  Speedy trial will expire at the end of June, but I
20 would like to make sure that we have everything lined up.
21 And it would be -- as you know, the way I grant my speedy
22 trial EOJs is it is going to be 6 months from June 29th,
23 which will take us to the end of the year.
24        MR. BELCHER:  Your Honor, I would propose that I
25 can have something filed, and I believe it would be

1    unopposed, by the end of the week.  I will be out of town
2    all of next week for work.  So I will try to get it done
3    by Friday, close of business.
4            THE COURT:  All right.  Very good.  Is there
5    anything further from anyone?
6            MR. HOLLOWAY:  Nothing from me, Your Honor.  And,
7    thank you very much, I appreciate it.
8            THE COURT:  All right.
9            MR. BELCHER:  Nothing further, Your Honor.  Thank
10   you.
11           THE COURT:  All right.  Mr. Holloway, good luck on
12   your new adventure the following year.
13           MR. HOLLOWAY:  Thank you.  I will take all of the
14   luck I can get.  Thank you very much, I appreciate it.
15           THE COURT:  All right. Court will be in recess.
16           (Proceedings conclude at 9:11 a.m.)
17
18
19
20
21
22
23
24
25

**R E P O R T E R ' S   C E R T I F I C A T E**

I, Darlene M. Martinez, Official Certified Shorthand Reporter for the United States District Court, District of Colorado, do hereby certify that the foregoing is a true and accurate transcript of the proceedings had as taken stenographically by me at the time and place aforementioned.

Dated this 12th day of May, 2022.

_____

s/Darlene M. Martinez

RMR, CRR