**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUN 10 2022
JEFFREY P. COLWELL
CLERK

FEDERAL PUBLIC DEFENDER
633 17TH STREET, SUITE 1000
DENVER, CO 80202

31ST MAY, 2022
MICHAEL CORREA - 45798013
CASE NO. 20Cr-00148-CMA
FEDERAL DETENTION CENTER
9595 WEST QUINCY AVENUE
LITTLETON, CO 80123

MOTION TO DISMISS CASE NO. 20Cr-00148-CMA

Let me see if i understand, i would like to ask questions about this Criminal Case. There are two Criminal Jurisdictions mentioned in the Constitution. One is under the Common Law, and the other deals with international maritime Contracts under Admiralty Jurisdiction.

The Criminal Charge against me would apply one 1. If there was an International Maritime Contract involved 2. I was a party to it. It had been breached, and 4. The Court was operating in a admiralty Jurisdiction.

I don't believe i have ever been under any International Maritime Contracts, so i would deny that one exists. I would have to demand that such a Contract, if one does exist, be place into evidence, so that i may contest it. But surely this Court is not operating in an admiralty Jurisdiction.

What kind of Jurisdiction could this Court be operating under. The Federal Government had Jurisdiction over me under the Extraterritorial Statue. It's Statutory Jurisdiction. But i have never heard of that Jurisdictional, I would need to have to have

The rules of Criminal Procedure for Statutory Jurisdiction. Can you tell me where i might find such rules?

It's not the letter of the law, but rather the Nature of the law that i don't understand. The Sixth Amendment to the Constitution gives me the right to ask the Court to explain the Nature and Cause of any action against me.

Let me see if i got this straight. Has this Court made a legal determination that it has authority to conduct a Criminal Action against me, the accused under a Secret jurisdiction, the rules of which are known only to this Court and Licensed Attorneys thereby denying me the right to face and defend myself in my own person in my Country, The Gambia where the crimes are alledgely committed?

I was part of the Patrol Team or Jungler, that makes me a part of The Gambia Armed Forces. Massive prejudicial publicity had been generated by the federal Government through Fox News TV in 2020 to paint me as vicious, brutal and Criminal who has committed Crimes against humanity. It should be clear, it must be clear to anyone who can think, see or hear, that i am innocent, the victim and not the Criminal.

It should also be clear to us by now a multiple individuals are implicated in the crimes i am being prosecuted for namely

YAYA JAMMEH FORMER PRESIDENT OF THE GAMBIA
SANNA SABALLY
ALHAJIE MARTIN
GENERAL SULAYMAN BADJIE
GENERAL BORA COLLEY
SOLO BOJANG

2

ABOULIE KUJABIE
LANG TOMBONG TAMBA
NUHA BADJIE
ISMAILA JAMMEH
MALICK JATTA
ALIEU JENG
OMAR JALLOW
AMADOU BADJIE
MUSTAPHA SANNEH
MICHAEL JATTA
PA SANNEH
SANNA MANJANG

The list goes on and on without end. It should be clear who the real criminal is YAYA JAMMEH now in Equatorial Guinea. No criminal charges whatsoever is brought against him. With the names mentioned above, No single criminal charges is brought against anyone. All are set free. No one is prosecuted nor convicted. All those who were detained, are set free. Why ~~such sho~~ must the United States prosecute me?

As is now clear a carefully orchestrated campaign is designed to criminalized, demonized to create an image of dangerousness and to convict me before my trial based on a selective biasness to prosecute only me.

# FEDERAL JURISDICTION

It is further relevant to this affidavit that any violation of my rights, freedom by the federal Government, or any agent thereof, would be an illegal and unlawful excess, clearly outside the limited boundaries of federal jurisdiction. My understanding is that the jurisdiction of the United States federal Government is defined by Article 1, Section 8, Clause 17 of the United States Constitution Quoted as follows:

"The Congress shall have the power to excercise exclusive legislation in all cases whatsoever, over such a district (Not exceeding Ten miles square) as may, by cession of particular states and the acceptance of Congress, become the seat of government of the United States, (District of Colombia) and to exercise like authority over all places purchase by the consent of the legislature of the state in which the same shall be, for the erection of forts, Magazines, Arsenals, docks, yards and other needful buildings, And to make all laws which shall be necessary and proper for carrying into Execution the foregoing powers." and Article IV, Section 3, Clause 2:

"The Congress shall have the power to dispose of and make all needful Rules and Regulations respectively the Territory, or other property belonging to the United States, and nothing in this Constitution shall be so construed as to prejudice any claims of the United States, or of and any particular state." The definition of the United States being used here then, is limited to its territories.

1. The district of Colombia
   Commonwealth of Puerto-Rico
   US Virgin Island
   Guam
   American Samoa
   Northern Mariana Islands
   Trust Territory of the Pacific Islands
   Military bases within the 50 states
   Federal agencies within the 50 states including U.S. post office

It does not include the 50 states themselves, as is confirmed by the following cites:

"We have in our political system a government of the United States and a government of the several States. Each one of these government is distinct from the others, and each has citizens, of its own who owe it allegiance, and whose rights, within its jurisdiction, it must protect. The same person may be at the same time a citizenship under one of these government will be different from those he has under the other."

The United States Government is a foreign Corporation with respect to a state.

Respectfully Submitted

Michael Correa WITHOUT PREJUDICE
Michael Sang Correa

Certificate of Service
I mailed this motion to the Court on _____ 2022
via U.S. Mail postage paid.

Michael Correa WITHOUT PREJUDICE
Michael Sang Correa

5

**25. Crimes in foreign countries**

One participating in unlawful entry of alien was subject to prosecution although criminal acts were committed on foreign soil. Claramont v. United States, 26 F.2d 797 (5th Cir. 1928).

District Court has jurisdiction under 18 USCS § 3231 of prosecution for conspiracy to import heroin from West Germany into United States since, although no ingredient of crime of conspiracy was committed within United States territory, defendant was charged with commission of offense against laws of United States. United States v. Brown, 549 F.2d 954 (4th Cir.), cert. denied, 430 U.S. 949, 97 S. Ct. 1590, 51 L. Ed. 2d 798 (1977).

Even assuming that immunity provisions of Foreign Sovereign Immunities Act applied to criminal proceedings, subpoena's target, corporation owned by foreign sovereign, still lacked immunity from subpoena because district court had subject matter jurisdiction over federal criminal cases involving foreign sovereigns, there was reasonable probability the information sought through subpoena concerned commercial activity that caused direct effect in United States, and contempt sanctions was permissible remedy. In re Grand Jury Subpoena, 912 F.3d 623, 439 U.S. App. D.C. 238 (D.C. Cir. 2019).

18 USCS § 3231, which provides that District Courts of United States shall have original jurisdiction of all offenses against laws of United States, does not give federal civilian courts jurisdiction to try accused for larceny in Japan under 18 USCS § 661, since, despite 18 USCS § 3231, 18 USCS § 661 is limited in applicability by its own terms to special maritime and territorial jurisdiction of United States, and Japan was not United States territory within meaning of 18 USCS § 7(3), and therefore, larceny committed there does not fall within that jurisdiction. United States v. Rubenstein, 19 C.M.R. 709, 1955 CMR LEXIS 367 (A.F.C.M.R. May 13, 1955).

No federal court had jurisdiction to try persons, whether or not claiming to be American citizens, for crimes committed in foreign countries. 20 Op. Att'y Gen. 590 (1893).

© 2022 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.



FROM
MICHAEL CORREA - 45798013
FEDERAL DETENTION CENTER
9595 WEST QUINCY AVENUE
LITTLETON, CO 80123

LEGAL MAIL

TO
JUDGE AGUERRO
901 19TH STREET
DENVER, CO 80294

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS NEITHER BEEN OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS