IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Christine M. Arguello

Criminal Action No. 20-cr-00148-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL SANG CORREA,

    Defendant.

**ORDER TO EXCLUDE TIME FROM SPEEDY TRIAL ACT
AND CONTINUE TRIAL DATES**

This matter is before the Court on Defendant's Unopposed Motion for an Ends of Justice Continuance (Doc. # 67). The Court has reviewed this Motion and the case file, and the reasons set forth in the motion, specifically:

1. This case was declared complex on July 14, 2020.
2. The discovery disclosure process is still ongoing.

Upon review, the Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by granting the Motion outweigh the best interests of the public and the Defendant in a speedy trial. It is, therefore,

ORDERED that Defendant's Unopposed Motion for an Ends of Justice Continuance (Doc. # 67) is GRANTED and the Court hereby grants an ends of justice

continuance in this case of **180 days**, which shall be excluded from the speedy trial clock, which currently stands at **January 3, 2023**. It is

FURTHER ORDERED that a Status Conference is set for **May 10, 2023, at 3:00 PM**. This hearing will be held via VTC. Counsel are directed to contact Nicholas Richards, via email, at Nicholas_Richards@cod.uscourts.gov not later than THREE DAYS before the Hearing for instructions on how to proceed with the VTC/Telephone. It is

FURTHER ORDERED that the parties are to submit a Joint Scheduling Order on or before April 15, 2023 that is in accordance with this Court's Order from the Status Conference held on August 11, 2022 (Doc. # 65).

DATED: August 31, 2022

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
Senior United States District Judge

2