FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 14 2022

JEFFREY P. COLWELL
CLERK

2190 E. Mesquite Ave
Pahrump, Nevada 89060

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO

USA

V          CASE N° 20-Cr-148 CMA

Michael Sang Correa

MOTION TO DISMISS FOR VINDICTIVE
PROSECUTION AND GOVERNMENT MISCONDUCT

On June 02, 2020, a Seven Count indictment was returned against Michael Sang Correa. Subsequently, Counsel and for Michael Sang Correa had Conversation with the Assistant United States Attorney in this case. The Assistant United States Attorney was well aware of the fact that Michael Sang Correa had no prior Criminal record and was anticipating entering a plea of not guilty to the charges as a result of Conversation with defense Counsel. The Assistant United States Attorney was also aware of the following information:

1. That Michael Sang Correa is a native of The Gambia Berending, and is the parent of three Children.

2. That although the charges themselves were devastating Michael Sang Correa's family, and he was substantially the sole support for the family.

3. That depending upon the outcome of the Case, if i were sentence

Country The Gambia where the alleged crimes has taken place

The United States Supreme Court has noted that "Statute of limitation does not fully define defendants right with respect to the event occuring prior to indictment." United States v. Mario, 404 U.S. 307, 324 (1971). The dictates of fundamental fairness and due process contained in the Fifth Amendement to United States Constitution provide further protection against preudicial pre-indictment delay. United States v. Medonald. 456 U.S. 1, 8 1982). In Unites states v. Lobasco, 431 U.S. 783 (1977)

Defendant is aware of decisions which hold that in order for him to meet his burden of proving actual prejudice flowing from the pre-indictment delay, he must specifically indentify witnesses or documents lost during a delay properly attributation attributable to the government. Because defendant has the burden of showing actual prejudice, he has moved this court for an opportunity to supplement this Motion to dismiss for pre-judicial delay and this memorandum once he has had an opportunity to review the voluminous documentary evidence provided by the government to determined the full effect of the lenghty delay, especially as it relates to military records and propective witness which he is attempting to locate, and whom may no longer be available to defendant.

2

By virtue of the position that the Assistant United States Attorney has taken, he is essentially severely hampering the right of the defendant Michael Sang Correa to enter a plea of not guilty and exercise his rights to a trial by jury. The position of the government is to play me knowing full well that the desire to enter a plea of not guilty, may not, because the defendant Michael Sang Correa is guilty but because of the detriment of my sister, as a result my children. This offends all notions of human decency. The total conduct of the United States officials of the United States Attorney's office acting as agents to The Gambia and agents of the United States are of such a nature as to both shocking and offensive to America notions of justice, decency and the rule of International law and and fair play. Continued judicial proceedings in this case will make the Court a party to such illicit and immoral conduct and will cause it to become negligent in its duty to supervise the administration of justice in a foreign country's Federal Crimes brought before it.

Respectfully Submitted

Michael Sang Correa

Certificate of Service

I mailed this motion to the Court on 8th November, 2022 Via U.S. Mail Postage paid Free.

Michael Sang Correa

From

Michael Correa
Nevada Southern Detention Center
2190 E. Mesquite Avenue
Pahrump, Nevada 89060

LEGAL MAIL

This correspondence originated from a detention facility. The facility is not responsible for the contents herein.

LAS VEGAS NV 890
Correspondence originated from a detention facility. The facility is not responsible for the contents herein

Mailed From 89060
11/09/2022
032A 0061838671

US POSTAGE
$00.57⁰
First-Class

To
Judge Aguirro
Denver District Court
19th Street
Denver, CO 80294

INDIGENT

80294-250039