IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Christine M. Arguello

Criminal Action No. 20-cr-00148-CMA

UNITED STATES OF AMERICA,

 Plaintiff,

v.

MICHAEL SANG CORREA,

 Defendant.

---

**ORDER TO EXCLUDE TIME FROM SPEEDY TRIAL ACT
AND CONTINUE TRIAL DATES**

---

 This matter is before the Court on Defendant's Unopposed Motion for an Ends of Justice Continuance (Doc. # 79).  The Court has reviewed this Motion and the case file, and the reasons set forth in the motion, specifically:

  1.  This case was declared complex on July 14, 2020.

  2.  The discovery disclosure process is still ongoing.

  3.  The Speedy Trial Clock will expire on July 3, 2023.

 Upon review, the Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by granting the Motion outweigh the best interests of the public and the Defendant in a speedy trial.  It is, therefore,

 ORDERED that Defendant's Unopposed Motion for an Ends of Justice Continuance (Doc. # 79) is GRANTED and the Court hereby grants an ends of justice

continuance in this case of **180 days**, which shall be excluded from the speedy trial clock, which currently stands at **July 3, 2023**. It is

FURTHER ORDERED that a Status Conference is set for **November 1, 2023, at 2:00 PM**. This hearing will be held via VTC. Counsel are directed to contact Nicholas Richards, via email, at Nicholas_Richards@cod.uscourts.gov not later than THREE DAYS before the Hearing for instructions on how to proceed with the VTC/Telephone.

DATED: May 18, 2023

BY THE COURT:

CHRISTINE M. ARGUELLO
Senior United States District Judge

2