# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00148-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL SANG CORREA,
      a/k/a MICHAEL CORREA,
      a/k/a SANG CORREA,
      a/k/a MICHAEL COREA,
      a/k/a MICHAEL SANG COREA,
      a/k/a SANG COREA,

    Defendant.

## MOTION FOR EXTENTION OF DEADLINE TO FILE A
## JOINT PROPOSED SCHEDULING ORDER

The parties have been ordered to file a Joint Proposed Scheduling Order on or before June 12, 2023. The Government respectfully requests an extension of that deadline.

During the proceedings on May 10, 2023, the Court explained its purpose in issuing a Conditional Protective Order (ECF #78) with the expectation that the parties could complete discovery and discussions needed to propose a motion schedule within a month. However, the Government has recognized additional challenges in completing the discovery process pursuant to the Court's Conditional Protective Order. The Government is preparing a supplemental classified filing pursuant to section 4 of the Classified Information Procedures Act and Federal Rule of Criminal Procedure 16(d)(1). That filing will further articulate the Government's position and proposed course of

action. The Government is working expeditiously to meet its discovery obligations and to provide additional information to the Court. The Government anticipates filing its supplemental classified briefing to the Court no later than June 2, 2023.

    Counsel for the Government has conferred with Defense Counsel Matthew Belcher regarding this motion, and he does not object to the Government's request for an extension of the deadline for filing a proposed scheduling order.

Respectfully submitted,

COLE FINEGAN
United States Attorney

*s/ Melissa Hindman*
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0401
E-mail:  Melissa.Hindman@usdoj.gov
Attorney for the Government

*s/ Matthew Kirsch*
First Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0401
E-mail:  Matthew.Kirsch@usdoj.gov

KENNETH A. POLITE, JR.
Assistant Attorney General

By: *s/Christina Giffin*
Christina Giffin
District of Columbia Bar No. 476229
Senior Counsel
United States Department of Justice
Criminal Division
Human Rights and Special Prosecutions
1301 New York Ave. NW, Suite 300
Washington, D.C. 20530

Telephone: (202) 514-5792
Facsimile: (202) 305-4624
Email: Christina.Giffin@usdoj.gov

By: <u>*s/Marie Zisa*</u>
Marie Zisa
New York Bar No. 5663265
Trial Attorney
United States Department of Justice
Criminal Division
Human Rights and Special Prosecutions
1301 New York Ave. NW, Suite 300
Washington, D.C. 20530
Telephone: (202) 305-3731
Facsimile: (202) 305-4624
Email: Marie.Zisa@usdoj.gov