IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00148-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL SANG CORREA,

    Defendant.

## SCHEDULING ORDER

    Before the Court is the parties' Amended Joint Scheduling Proposal (Doc. #93). Based upon representations to the Court that the parties have had thorough discussions regarding the time necessary to adequately prepare pretrial motions, it is

    ORDERED:

Motions challenging Indictment (including constitutional challenges to the statute charged):
<u>December 1, 2023</u>: Motion filing Deadline.
<u>January 30, 2024:</u> Response Deadline.

    As explained in the parties' Amended Joint Scheduling Proposal (Doc. # 93), the estimated dates below are calculated based on the decision on the Defendant's Motions challenging the constitutionality of the statute as charged in the indictment being issued 30 days after the filing of the Government's response, which is February 29, 2024 ("the Court's decision"). Should that decision be issued later, the parties may request that the following deadlines be recalculated.

Discovery Motions (excluding Franks Issues, but Including Disclosure of CHS/CI's and Brady/Giglio):
<u>April 15, 2024 (45 days after the Court's decision)</u>: Motion filing Deadline.
<u>May 30, 2024 (45 days after the motion deadline)</u>: Response Deadline.
No hearing is necessary on Discovery Motions.

Wiretap and Franks Discovery Motions:
April 15, 2024 (45 days after the Court's decision):  Motion filing Deadline.
May 30, 2024 (45 days after the motion deadline):  Response Deadline.
June 13, 2024 (2 weeks after response deadline): Hearing. (The Court will set a Hearing date in accordance with Her Calendar)

July 19, 2024 (60 days before Trial): Fed. R. Evid. 609(a)(1) Disclosures due from Government (Re Criminal Convictions)

Motions to Suppress Evidence and Statements
April 15, 2024 (45 days after the Court's decision):  Motion filing Deadline.
May 30, 2024 (45 days after the motion deadline):  Response Deadline.

June 19, 2024 (90 days before Trial):  Government to submit James Hearing Logs July 19, 2024 (60 days before Trial): Government to make Expert Disclosures


July 19, 2024 (60 days before Trial):  Objections to Fed. R. Evid. 801(d)(2)(e) Statements and Motions *in Limine* Re: Expert Disclosures; Motions for Severance

August 16, 2024 (30 days before Trial):
Motions *in Limine* per CMA Criminal Practice Standard 12(g)

Initial government disclosure of Jencks material with additional Jencks
material to follow due to trial preparation by Government, with rolling Jencks production.

August 2, 2024 (45 days before Trial):  Government Notice re Fed. R. Evid. 404b per Discovery Conference Memorandum.

August 16, 2024 (30 days before Trial): Motions *in Limine* re Fed. R. Evid. 404b

August 30, 2024 (1 week before Final Trial Preparation Conference):
Government Witness List due to Chambers per CMA Practice Standards
Government Response to Motions *in Limine* per CMA Practice Standards
Government and Defense Exhibit Lists due to Chambers per CMA Practice Standards

August 27, 2024 (20 days before Trial): Government Response to 404b Motions

September 11, 2024 (Wednesday before Jury Selection): Defense Witness Lists due *ex parte* to Chambers per CMA Practice Standards

A full-day Motions Hearing is set for **July 25, 2024, at 9:00 AM**, Courtroom A602,

Alfred A. Arraj Courthouse, Denver, CO.

A Final Trial Preparation Conference is set for **September 5, 2024, at 3:00 PM**.

This Hearing will be held via VTC.  Counsel are directed to contact Nicholas Richards

(Nicholas_richards@cod.uscourts.gov), via email, not less than three days before the

Conference for instructions on how to proceed with VTC.

A ten-day jury trial is set for **September 16, 2024, at 8:30 AM**, Courtroom A602, Alred A. Arraj Courthouse, Denver, CO. It is

FURTHER ORDERED that the Amended Joint Motion to Exclude Time from the Requirement of the Speedy Trial Act (Doc. # 93) is GRANTED and all time is tolled from the agreed upon speedy trial clock of January 3, 2023 until September 16, 2024.

DATED: October 13, 2023

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
Senior United States District Judge