IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00148-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL SANG CORREA,
    a/k/a MICHAEL CORREA,
    a/k/a SANG CORREA,
    a/k/a MICHAEL COREA,
    a/k/a MICHAEL SANG COREA,
    a/k/a SANG COREA,

    Defendant.

**MOTION TO WITHDRAW ATTORNEY
CHRISTINA GIFFIN AS COUNSEL FOR THE UNITED STATES**

    The United States of America, through Cole Finegan, United States Attorney for the District of Colorado, and Nicole Argentieri, Acting Assistant Attorney General for the Criminal Division, by Christina Giffin, Deputy Chief for the Human Rights and Special Prosecutions Section, hereby files this Motion to Withdraw Christina Giffin as counsel of record and requests termination of electronic service in the above-captioned case.

//

//

//

1

As grounds for this motion, the government states that the following attorneys have filed entries of appearance and will remain counsel of record in this case: Melissa E. Hindman (Lead Attorney); Marie S. Zisa (Lead Counsel), and Matthew T. Kirsch.

Respectfully submitted,

COLE FINEGAN
United States Attorney

NICOLE M. ARGENTIERI
Acting Assistant Attorney General

<u>By: s/Christina Giffin</u>
Christina Giffin
District of Columbia Bar No. 476229
Deputy Chief
United States Department of Justice
Criminal Division
Human Rights and Special Prosecutions
1301 New York Ave. NW, 12th Floor
Washington, D.C. 20530
Telephone: (202) 514-5792
Facsimile: (202) 305-4624
Email: Christina.Giffin@usdoj.gov
Attorney for the Government

## Certificate of Service

I hereby certify that on this 15th day of March 2024, I electronically filed the foregoing **MOTION TO WITHDRAW CHRISTINA GIFFIN AS COUNSEL FOR THE UNITED STATES** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for the Defendant.

**Matthew Kyle Belcher**

Email: Matthew_Belcher@fd.org

By:  s/Christina Giffin
Christina Giffin
District of Columbia Bar No. 476229
Deputy Chief
United States Department of Justice
Criminal Division
Human Rights and Special Prosecutions
1301 New York Ave. NW, 12th Floor
Washington, D.C. 20530
Telephone: (202) 514-5792
Facsimile: (202) 305-4624
Email: Christina.Giffin@usdoj.gov
Attorney for the Government

3