IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 20-cr-00148-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL SANG CORREA,

    Defendant.

_____

**MOTION TO WITHDRAW
AND MOTION FOR APPOINTMENT OF NEW COUNSEL**
_____

    COMES NOW the Defendant, Michael Sang Correa, through Assistant Federal Public Defender Matthew K. Belcher, and moves this Court to allow the Office of the Federal Public Defender to withdraw from further representation of him. Mr. Correa further moves this Court to appoint new counsel to represent him.

    As grounds for these motions, undersigned counsel states as follows:

    1.    On March 19, 2024, undersigned counsel received a letter from Mr. Correa requesting that the Federal Public Defender's Office withdraw from any further representation of him. The reasons stated for his request were that there was a total breakdown in communication, resulting in an irreconcilable conflict, arising primarily from Mr. Correa's belief that undersigned counsel has provided him with ineffective assistance of counsel, particularly as it relates to the Motion to Dismiss the Indictment (Doc. #98).

2. On March 28, 2024, undersigned counsel traveled to Pahrump, Nevada to meet with Mr. Correa to discuss this request. At the conclusion of this meeting, it was clear to undersigned counsel that a breakdown in communication had occurred such that undersigned counsel's ability to effectively represent Mr. Correa going forward was in jeopardy. At this meeting, Mr. Correa persisted in his request that undersigned counsel withdraw.

3. On April 1, 2024, and again on April 4, 2024, undersigned counsel met with Mr. Correa to discuss the motion to withdraw, his right to attorney-client privileged communications, and, given this right, what information, if any, concerning undersigned counsel's representation was Mr. Correa willing to provide to this Court in support of his request. Both the April 1st and 4th meetings were unproductive, at best, and resulted in no clear directive from Mr. Correa other than repeating his request that undersigned counsel withdraw immediately.

4. Given the tenor of the last two meetings with Mr. Correa, coupled with the accusations Mr. Correa made during these meetings, it is undersigned counsel's belief that there now exists both an irreconcilable conflict and a total breakdown in communication between Mr. Correa, undersigned counsel, and the Federal Public Defender's Office, and good cause exists to justify this Court in allowing undersigned counsel to withdraw and appointing new counsel to represent Mr. Correa. Given the circumstances, undersigned counsel cannot effectively represent Mr. Correa.

5.     Given the inability to have a productive conversation with Mr. Correa, undersigned counsel was not able to obtain informed consent, as required by Rule of Professional Conduct 1.6(a), to disclose any additional information to this Court as it relates to the specific reasons Mr. Correa believes good cause exists to grant his request. It is undersigned counsel's belief that, in an *ex parte* hearing on this Motion to Withdraw, Mr. Correa will advise this Court as to the specific reasons supporting his request.

6.     Accordingly, undersigned counsel formally requests that this Court schedule a hearing to determine whether there is an irreconcilable conflict and/or total breakdown in communication between undersigned counsel and Mr. Correa that continued representation by the Federal Public Defender's Office would be ill advised.[1] *See United States v. Padilla*, 819 F.2d 952, 955 (10th Cir. 1987); *United States v. Lott*, 310 F.3d 1231, 1249 (10th Cir. 2002) ("Good cause for substitution of counsel consists of more than a mere strategic disagreement between the Defendant and his attorney ... rather there must be a total breakdown in communications.").

                                        Respectfully submitted,

                                        VIRGINIA GRADY
Federal Public Defender

*/s/ Matthew K. Belcher*
MATTHEW K. BELCHER
Office of the Federal Public Defender
633 17th Street, Suite 1000
Denver, Colorado 80202
Telephone: (303) 294-7002
Email: Matthew_Belcher@fd.org
Attorney for Defendant

---

[1] On April 15, 2024, Mr. Correa has a motions deadline and a deadline set by the government to accept or reject the plea offer that they provided on March 27, 2024.

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2024, I electronically filed the foregoing ***Motion To Withdraw And Motion For Appointment of New Counsel*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

Marie S. Zisa, Assistant U.S. Attorney
Email: marie.zisa@usdoj.gov

Matthew T. Kirsch, Assistant U.S. Attorney
Email:  matthew.kirsch@usdoj.gov

Melissa Erin Hindman, Assistant U.S. Attorney Email:  melissa.hindman@usdoj.gov

and that I will mail or serve the document to the following non-CM/ECF participant in the manner indicated:

Michael Sang Correa, Defendant (via mail)

*/s/ Matthew K. Belcher*
MATTHEW K. BELCHER
Office of the Federal Public Defender