Michael Sang Correa #45798013

Nevada Southern Detention Center

2190 East Mesquite Avenue

Pahrump, NV 89060

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 15 2024

JEFFREY P. COLWELL
CLERK

9TH APRIL, 2024

Mr. Mathew K. Belcher

Federal Public Defender Office

633 17TH Street, Suite 1000

Denver, CO 80202

RE: United States V. Michael Sang Correa Case No 20-Cr-00148-CMA

Dear Mathew.

Please be advised that i am submitting a motion to the Courts asking for your removal from my Case. I am also going to be sending a Copy this letter asking you to please Submit a motion to withdraw as we do have a break down in communication, i absolutely believe that you and your office do not have my best interest at hand, there is no trust what so ever and by Constitution i have the right to Consensual that is none confrontational. We have come to an impasse Concerning this case and its direction of our defense strategy. I do not wish to point fingers outside of the scope of what the judge will require. I would like to depart from you as my Counsel as a result of this break down in trust and Communication.

Please consider this letter and file a basic motion to withdraw from my case without divulging any attorney client privilege information and reserve the right to ~~agree~~ argue any pleadings you deem to be essential during an exparte closing hearing.

Thank you in advance for your time

Respectfully   Submitted

Michael Correa
Michael Sang Correa 9TH APRIL, 2024

Certificate of service
I mailed this letter motion to the Court on 9TH APRIL, 2024
Via U.S mail postage paid.

Michael Correa
Michael Sang Correa

MICHAEL SANA CORREA #45798013
NEVADA SOUTHERN DETENTION CENTER
2190 EAST MESQUITE AVENUE
PAHRUMP, NV 89060

This correspondence originated
from a detention facility.
The facility is not responsible
for the contents herein.

LAS VEGAS NV 890

10 APR 2024   PM 4   L

JUDGE AGUELLO
FEDERAL DISTRICT COURT HOUSE
901 19TH STREET
DENVER, CO 80294

INDIGENT

80294-250151