IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 20-cr-00148-CMA

UNITED STATES OF AMERICA,

> Plaintiff,

v.

MICHAEL SANG CORREA,

> Defendant.

_____

**UNOPPOSED MOTION TO EXTEND PRETRIAL MOTIONS FILING DEADLINE**
_____

Undersigned counsel requests that this Court extend the pretrial motions filing deadline, currently set for April 19, 2024, to May 3, 2024.  In support thereof, undersigned counsel shows as follows:

1.      Currently, April 19, 2024, is the deadline to file pretrial motions related to outstanding discovery disputes, the suppression of evidence or statements, and challenges to any wiretaps and search warrant affidavits.

2.      On April 4, 2024, undersigned counsel filed a Motion to Withdraw with the Court.  After an *ex parte* hearing on April 10, 2024, this Court denied the motion.

3.      Subsequently, on April 11, 2024, undersigned counsel filed an unopposed motion to continue the pretrial motions deadline to have sufficient time to effectively confer with Mr. Correa to determine whether he intended to either proceed to trial or accept the government's pending plea offer.  This Court granted the request and extended the pretrial motions deadline to April 19, 2024

4.      Subsequently, undersigned counsel scheduled a legal visit with Mr. Correa at Nevada Southern Detention Center (NSDC) in Pahrump, Nevada, for April 17, 2024, at 1:00 p.m. (MST).   However, on the morning of April 17, 2024, NSDC informed undersigned counsel that Mr. Correa had been removed from their facility by the United States Marshal Service.  Accordingly, the scheduled legal visit was cancelled.

5.      Undersigned counsel contacted the United States Marshal Service in Denver and was informed that Mr. Correa was currently in transit and would likely be unable to communicate with counsel until after the April 19, 2024, pretrial motions deadline.

6.      On April 18, 2024, undersigned counsel was able to speak with Mr. Correa over the phone from a detention facility in Grady County, Oklahoma.  Unfortunately, the brief phone call did not result in any meaningful discussion about the pending motions deadline, the pending plea offer, and whether Mr. Correa intended to plead guilty or proceed with a jury trial – decisions constitutionally vested in Mr. Correa alone.

7.      Accordingly, undersigned counsel requests that this Court extend the April 19, 2024, pretrial motions filing deadline to May 3, 2024.  Undersigned counsel has also filed a motion to appoint co-counsel from the CJA panel to assist with this extremely difficult case.  Undersigned counsel is hopeful that co-counsel will be able to effectively communicate with Mr. Correa prior to the pretrial motions deadline to determine if Mr. Correa intends to proceed to trial or accept the pending plea offer from the government.  Currently, undersigned counsel is unable to do so given both Mr. Correa's location in Oklahoma, and the total breakdown in communication that still exists between undersigned counsel and Mr. Correa.

8.      Undersigned counsel has conferred with counsel for the government, who indicated that they do not oppose extending the April 19, 2024, pretrial motions filing deadline to May 3, 2024.  Should this Court grant the extension, the government requests that their response deadline be extended to June 7, 2024, and that their deadline to file *James* Hearing Logs be extended to July 3, 2024

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


*/s/ Matthew K. Belcher*
MATTHEW K. BELCHER
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, Colorado 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: Matthew_Belcher@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that on April 19, 2024, I electronically filed the foregoing **Unopposed Motion to Extend Pretrial Motions Filing Deadline** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Marie S. Zisa, Assistant U.S. Attorney
Email: marie.zisa@usdoj.gov

Matthew T. Kirsch, Assistant U.S. Attorney
Email: matthew.kirsch@usdoj.gov

Melissa Erin Hindman, Assistant U.S. Attorney
Email: melissa.hindman@usdoj.gov

and that I will mail or serve the document to the following non-CM/ECF participant in the manner indicated:

Michael Sang Correa, Defendant (via mail)


*/s/ Matthew K. Belcher*
MATTHEW K. BELCHER
Assistant Federal Public Defender