IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  20-cr-00148-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MICHAEL SANG CORREA,
    a/k/a MICHAEL CORREA,
    a/k/a SANG CORREA,
    a/k/a MICHAEL COREA,
    a/k/a MICHAEL SANG COREA,
    a/k/a SANG COREA,

    Defendant.

## MOTION TO WITHDRAW

The United States of America, by Matthew T. Kirsch, Acting United States Attorney for the District of Colorado, hereby files its Motion to Withdraw Matthew T. Kirsch as counsel of record and requests termination of electronic service in the above-captioned case.  As grounds for this motion, the government states that other DOJ attorneys remain counsels of record in this case, have filed entries of appearances, and are receiving electronic notice.

    Dated this 13th day of June, 2024.

Respectfully submitted,

Matthew T. Kirsch
Acting United States Attorney


By: *s/ Matthew T. Kirsch*
Acting United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0406
E-mail: matthew.kirsch@usdoj.gov
Attorney for the United States

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of June 2024, I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/Mariah Hill*
Executive Assistant
United States Attorney's Office