**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 20-cr-00148-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MICHAEL SANG CORREA,
        a/k/a MICHAEL CORREA,
        a/k/a SANG CORREA,
        a/k/a MICHAEL COREA,
        a/k/a MICHAEL SANG COREA,
        a/k/a SANG COREA,

    Defendant.

---

**GOVERNMENT'S UNOPPOSED MOTION TO FILE REPLY IN SUPPORT OF *JAMES* PROFFER**

---

The parties have completed the initial briefing required by the Court's Scheduling Order for the government's *James* proffer, *see* ECF No. 138, and the defendant's objections to the government's *James* proffer, *see* ECF No. 139. The government now respectfully requests permission to file a reply in support of its proffer by the end of day Tuesday, July 23, 2024, to facilitate the Court's review. In particular, the government believes a reply will aid the Court in considering the issues raised by the defendant's objections and further narrow the relevant issues for the hearing scheduled on July 25, 2024.

    Counsel for the United States has conferred with counsel for the defendant who

does not oppose this motion.

Respectfully submitted,

MATTHEW T. KIRSCH
Acting United States Attorney

*s/ Melissa Hindman*
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0401
E-mail:   Melissa.Hindman@usdoj.gov
Attorney for the Government

*s/ Laura Cramer-Babycz*
Laura Cramer-Babycz
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
E-mail:   Laura.Cramer-Babycz@usdoj.gov
Attorney for Government

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 22nd day of July, 2024, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send an electronic notification to all counsel of record.

                                                 <u>*s/Portia Peter*</u>
                                                 Legal Assistant
                                                 United States Attorney's Office
                                                 1801 California Street, Suite 1600
                                                 Denver, CO 80202
                                                 Telephone: 303-454-0100
                                                 Email: Portia.Peter@usdoj.gov