**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  20-cr-00148-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MICHAEL SANG CORREA,

      Defendant.

---

**NOTICE OF GOVERNMENT'S *EX PARTE*, *IN CAMERA* FILING
PURSUANT TO SECTION 8 OF THE CLASSIFIED INFORMATION
PROCEDURES ACT**

---

The Government has filed a notice under seal via hand delivery with the Clerk of the Court's office.

Respectfully submitted this 9th day of September 2024.

                                  MATTHEW T. KIRSCH
                                  Acting United States Attorney

                                  *s/ Melissa Hindman*
                                  Assistant U.S. Attorney
                                  U.S. Attorney's Office
                                  1801 California St., Ste. 1600
                                  Denver, CO 80202
                                  Telephone: 303-454-0100
                                  Fax: 303-454-0401
                                  E-mail: Melissa.Hindman@usdoj.gov
                                  Attorney for the Government

                                  *s/ Laura Cramer-Babycz*
                                  Assistant U.S. Attorney
                                  U.S. Attorney's Office
                                  1801 California St., Ste. 1600
                                  Denver, CO 80202

Phone:  (303) 454-0100
Fax: 303-454-0401
Email: Laura.Cramer-Babycz@usdoj.gov
Attorney for the Government

NICOLE M. ARGENTIERI
Principal Deputy Assistant Attorney General
Head of the Criminal Division

By: *s/Christina Giffin*
Christina Giffin
District of Columbia Bar No. 476229
Deputy Chief
United States Department of Justice
Criminal Division
Human Rights and Special Prosecutions
1301 New York Ave. NW, Suite 1200
Washington, D.C. 20530
Telephone: (202) 514-5792
Facsimile: (202) 305-4624
Email: Christina.Giffin@usdoj.gov

By: *s/Marie Zisa*
Marie Zisa
New York Bar No. 5663265
Trial Attorney
United States Department of Justice
Criminal Division
Human Rights and Special Prosecutions
1301 New York Ave. NW, Suite 1200
Washington, D.C. 20530
Telephone: (202) 305-3731
Facsimile: (202) 305-4624
Email: Marie.Zisa@usdoj.gov

3

CERTIFICATE OF SERVICE

      I hereby certify that on the 9th day of September, 2024, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send an electronic notification to all counsel of record.

      *s/Portia Peter*
Legal Assistant
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100