IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Christine M. Arguello

Criminal Action No. 20-cr-00148-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL SANG CORREA,

    Defendant.

---

### ORDER TO EXCLUDE TIME FROM SPEEDY TRIAL ACT AND CONTINUE TRIAL DATES

---

This matter is before the Court on Defendant's Amended Unopposed Motion for an Ends of Justice Continuance (Doc. # 180).  The Court has reviewed this Motion, the case file, and the reasons set forth in the Motion, specifically:

1. This case was declared complex on July 14, 2020.

2. Defendant's essential international fact witnesses are unavailable to testify in the United States and need to be deposed.

3. Defense counsel needs additional time to coordinate the logistics that are involved in traveling to Gambia to conduct criminal depositions.

Upon review, the Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by granting the Motion outweigh the best interests of the public and the Defendant in a speedy trial.  It is, therefore,

ORDERED that Defendant's Amended Unopposed Motion for an Ends of Justice Continuance (Doc. # 180) is GRANTED and the Court hereby grants an ends of justice continuance in this case to the Court's Term Week of April 7, 2025.  All time

between September 12, 2024 and April 7, 2025 shall be excluded from the speedy trial calculation. It is

FURTHER ORDERED that a 10-day jury trial is set on the Court's Term Week of **April 7, 2025**, at 8:30 AM. It is

FURTHER ORDERED that a Final Trial Preparation Conference/Change of Plea Hearing is set for **March 20, 2025** at 4:00 PM. It is

FURTHER ORDERED that Defendant's Unopposed Motion for an Ends of justice Continuance (Doc. # 178) is DENIED AS MOOT.

DATED: September 12, 2024

BY THE COURT:

CHRISTINE M. ARGUELLO
Senior United States District Judge