IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00148-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MICHAEL SANG CORREA,
    a/k/a MICHAEL CORREA,
    a/k/a SANG CORREA,
    a/k/a MICHAEL COREA,
    a/k/a MICHAEL SANG COREA,
    a/k/a SANG COREA,

    Defendant.

**GOVERNMENT'S UNOPPOSED MOTION TO FILE REPLY REGARDING CLASSIFIED INFORMATION JURY INSTRUCTION**

The defense emailed to the Court a proposed set of jury instructions regarding classified information on March 19, 2025. The next day at the final trial preparation conference, the Court instructed the parties to follow up via email with their position on certain outstanding jury instructions, see ECF No. 199. On March 26, 2025, the government emailed the Court and the parties and included its objection to the defendant's proposed jury instructions regarding classified information. On March 27, 2025, the defendant filed a response, *see* ECF No. 202. The government now respectfully requests permission to file a reply in support of its objection by the end of day Tuesday, April 1, 2025, to facilitate the Court's review. In particular, the government believes a

reply will aid the Court in considering the issues raised by the defendant's response, give additional necessary context, and create a record of the government's position.

Counsel for the United States has conferred with counsel for the defendant who does not oppose this motion.

Respectfully submitted,

J. BISHOP GREWALL
Acting United States Attorney

*s/ Melissa Hindman*
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0401
E-mail: Melissa.Hindman@usdoj.gov
Attorney for the Government

*s/ Laura Cramer-Babycz*
Laura Cramer-Babycz
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
E-mail: Laura.Cramer-Babycz@usdoj.gov
Attorney for Government

MATTHEW R. GALEOTTI
Head of the Criminal Division

By: *s/Marie Zisa*
Marie Zisa
New York Bar No. 5663265
Trial Attorney

United States Department of Justice
Criminal Division
Human Rights and Special Prosecutions
1301 New York Ave. NW, Suite 1200
Washington, D.C. 20530
Telephone: (202) 305-3731
Fax: (202) 305-4624
Email: Marie.Zisa@usdoj.gov

By: *s/Christina Giffin*
Christina Giffin
District of Columbia Bar No. 476229
Deputy Chief
United States Department of Justice
Criminal Division
Human Rights and Special Prosecutions
1301 New York Ave. NW, Suite 1200
Washington, D.C. 20530
Telephone: (202) 514-5792
Fax: (202) 305-4624
Email: Christina.Giffin@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of March, 2025, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send an electronic notification to all counsel of record.

<u>s/ Melissa Hindman</u>
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0401
E-mail:   Melissa.Hindman@usdoj.gov
Attorney for the Government