IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 20-cr-00148-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MICHAEL SANG CORREA,

        Defendant.

_____

**STIPULATED FACTS**
_____

The government and the defense have stipulated – that is, they have agreed – that certain facts are true.  In this case, the parties have stipulated that:

1. Pierre Mendy died in approximately August of 2021, in The Gambia of natural causes.

2. "Michael Sang Correa" was not one of the people in command of the Junglers.

3. The Junglers worked directly for President Jammeh, who funded and ordered the group to target specific individuals.

4. There is information indicating that members of the Junglers had to carry out President Jammeh's orders without question, or Jammeh would have the other Junglers kill the dissident who disobeyed.

5. There is information indicating that Junglers lived in constant fear, and that Junglers are killed as soon as other Junglers don't trust them.

6. There is information indicating that, in 2010 Malick Jatta was removed from the Junglers because he suffered from psychological problems that negatively

affected his ability to implement the Jungers' operations. In 2011, other GAF officers who worked with Jatta assessed that he was emotionally disturbed and almost clinically insane, that many GAF officers expressed fear of him, and that he periodically behaved as if he was unconscious of his actions.

7. There is information indicating that, as of 2010, many former Junglers have been detained at Mile 2 and tortured or executed by other Junglers or the NIA for suspicion of disloyalty to Jammeh or suspected involvement in coup plotting.

8. With respect to Bunja Darboe:

   a. A Gambian official offered to reduce Bunja Darboe's prison sentence if he testified against Tumbul Tamba regarding Tamba's participation in an alleged coup plot in 2006.

   b. Darboe was eager to testify against Tamba because Tamba was the one who informed Jammeh about the plot which resulted in Darboe's imprisonment.

   c. Tamba allegedly knew about the coup attempt for some time without disclosing the plot to Jammeh but only told Jammeh when he assessed the plot would fail at which point he quickly changed sides in order to save himself.

Respectfully submitted,

**For the Government:**

J. BISHOP GREWELL
Acting United States Attorney

s/ Melissa Hindman
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: (303) 454-0100
Email: Melissa.Hindman@usdoj.gov

s/ Laura Cramer-Babycz
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Phone: (303) 454-0100
Email: Laura.Cramer-Babycz@usdoj.gov

MATTHEW R. GALEOTTI
Supervisory Official

By: s/Christina Giffin
Christina Giffin
Deputy Chief
United States Department of Justice
Criminal Division
Human Rights and Special Prosecutions
1301 New York Ave. NW, Suite 1200
Washington, D.C. 20530
Telephone: (202) 514-5792
Email: Christina.Giffin@usdoj.gov

By: s/Marie Zisa
Marie Zisa
Trial Attorney
United States Department of Justice
Criminal Division
Human Rights and Special Prosecutions
1301 New York Ave. NW, Suite 1200
Washington, D.C. 20530
Telephone: (202) 305-3731
Email: Marie.Zisa@usdoj.gov

3

**For the Defendant:**                    VIRGINIA L. GRADY
                                          Federal Public Defender

                                          /s/ Matthew K. Belcher
                                          MATTHEW K. BELCHER
                                          Assistant Federal Public Defender
                                          633 17th Street, Suite 1000
                                          Denver, Colorado 80202
                                          Telephone: (303) 294-7002
                                          Email: Matthew_Belcher@fd.org

                                          /s/ Jared S. Westbroek
                                          JARED S. WESTBROEK
                                          Assistant Federal Public Defender
                                          633 17th Street, Suite 1000
                                          Denver, Colorado 80202
                                          Telephone: (303) 294-7002
                                          Email: Jared_Westbroek@fd.org

                                          /s/ Boston H. Stanton, Jr.
                                          BOSTON H. STANTON JR.
                                          P.O. Box 200507
                                          Denver, CO 80220
                                          Telephone: (303) 377-2757
                                          Email: bostonhs@comcast.net