IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00148-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL SANG CORREA,
    a/k/a MICHAEL CORREA,
    a/k/a SANG CORREA,
    a/k/a MICHAEL COREA,
    a/k/a MICHAEL SANG COREA,
    a/k/a SANG COREA,

    Defendant.

## UNITED STATES' MOTION TO RESTRICT DOCUMENT

The United States of America, by and through the undersigned counsel, respectfully moves to restrict the document filed at Doc. No 237, any order revealing the contents of that document, and the brief filed in support of this motion filed at Doc. No 246, for the reasons stated in the brief filed in support of this motion.

The United States requests a "Level 1" restriction. Pursuant to D.C.COLO.LCrR 47.1(b), "Level 1" restriction would make the document, any order revealing the contents of that document, and the brief filed in support of this motion accessible to the parties and the Court.

1

Respectfully submitted this 20th day of August, 2025.

PETER MCNEILLY
United States Attorney

*s/ Melissa Hindman*
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0401
E-mail: Melissa.Hindman@usdoj.gov
Attorney for the Government

*s/ Laura Cramer-Babycz*
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Phone:   (303) 454-0100
Fax: 303-454-0401
Email: Laura.Cramer-Babycz@usdoj.gov
Attorney for the Government

MATTHEW R. GALEOTTI
Acting Assistant Attorney General

*s/Christina Giffin*
District of Columbia Bar No. 476229
Deputy Chief
United States Department of Justice
Criminal Division
Human Rights and Special Prosecutions
1301 New York Ave. NW, Suite 1200
Washington, D.C. 20530
Telephone: (202) 514-5792
Facsimile: (202) 305-4624
Email: Christina.Giffin@usdoj.gov

*s/Marie Zisa*
New York Bar No. 5663265
Trial Attorney
United States Department of Justice
Criminal Division
Human Rights and Special Prosecutions
1301 New York Ave. NW, Suite 1200
Washington, D.C. 20530
Telephone: (202) 305-3731
Email: Marie.Zisa@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of August, 2025, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send an electronic notification to all counsel of record.

<em>s/Portia Peter</em><br>
Legal Assistant<br>
United States Attorney's Office<br>
1801 California Street, Suite 1600<br>
Denver, CO 80202<br>
Telephone: 303-454-0100