IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00148-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL SANG CORREA,
    a/k/a MICHAEL CORREA,
    a/k/a SANG CORREA,
    a/k/a MICHAEL COREA,
    a/k/a MICHAEL SANG COREA,
    a/k/a SANG COREA,

    Defendant.

**ORDER TO RESTRICT DOCKET NOS. 237 and 246**

This matter is before the Court on the Government's Motion to Restrict Docket Nos. 237 and 246. Upon consideration and for good cause shown,

IT IS ORDERED that said Document (Doc. 237), the Brief in Support of Motion to Restrict Document (Doc. 246), as well as any order revealing the contents of those documents, are hereby restricted until further order by the Court.

//

//

//

1

IT IS ORDERED that said Document (Doc. 237), the Brief in Support of Motion to Restrict (Doc. 246), as well as any order revealing the contents of that document, pursuant to D.C.COLO.LCrR 47.1(b) are hereby at a "Level 1 Restriction" and will be "Viewable by the Parties & Court" only.

IT IS SO ORDERED on this ____ day of _____, 2025.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
UNITED STATES DISTRICT COURT JUDGE
DISTRICT OF COLORADO