IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 20-cr-00148-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MICHAEL SANG CORREA,

        Defendant.

_____

**DEFENDANT'S OBJECTION TO THE GOVERNMENT'S REQUEST THAT THIS COURT ALTER THE ORALLY PRONOUNCED SENTENCE [DOC. #249]**
_____

The government asks this Court to alter the orally pronounced sentence but cites no authority to support its request. Indeed, no such authority exists. On the contrary, the Tenth Circuit has consistently and unequivocally held that "[t]he sentence orally pronounced from the bench is the sentence" and it shall not be subsequently altered.[1] This court orally pronounced Mr. Correa's sentence on August 22, 2025, at the Sentencing Hearing.[2] The government made no objections to that sentence. In contrast, undersigned counsel objected to the sentence imposed, arguing that it was both procedurally and substantively unreasonable. The proper venue to review the sentence is now the Tenth Circuit Court of Appeals pursuant to 18 U.S.C. § 3742.

The government's untimely objection and request that this Court alter the orally pronounced sentence should be denied.

---

[1] *United States v. Geddes*, 71 F.4th 1206, 1214-17 (10th Cir. 2023) (citing *United States v. Villano*, 816 F.2d 1448, 1451 (10th Cir. 1987) (en banc))
[2] Doc. #250 (Defendant sentenced as reflected on the record).

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


*/s/ Matthew K. Belcher*
MATTHEW K. BELCHER
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, Colorado 80202
Telephone: (303) 294-7002
Email: Matthew_Belcher@fd.org
Attorney for Defendant


## CERTIFICATE OF SERVICE

I certify that on August 25, 2025, I electronically filed the foregoing ***Defendant's Objection to the Government's Request That This Court Alter the Orally Pronounced Sentence [Doc. #249]*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record.

*/s/ Matthew K. Belcher*
MATTHEW K. BELCHER
Assistant Federal Public Defender