IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 20-cr-00148-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL SANG CORREA,

    Defendant.

_____

**NOTICE OF APPEAL**
_____

    Michael Sang Correa, through undersigned counsel, files this notice with the Tenth Circuit Court of Appeals to appeal the Judgment entered on August 22, 2025.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender


    */s/ Matthew K. Belcher*
    MATTHEW K. BELCHER
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO 80202
    Telephone: (303) 294-7002
    Email: Matthew_Belcher@fd.org
    Attorney for Defendant

**CERTIFICATE OF SERVICE**

I certify that on August 25, 2025, I electronically filed the foregoing **Notice of Appeal** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record.

I also certify that a copy of the document will be mailed to the Defendant, Michael Sang Correa.

*/s/ Matthew K. Belcher*
MATTHEW K. BELCHER
Assistant Federal Public Defender
Office of the Federal Public Defender