IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00148-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL SANG CORREA,
    a/k/a MICHAEL CORREA,
    a/k/a SANG CORREA,
    a/k/a MICHAEL COREA,
    a/k/a MICHAEL SANG COREA,
    a/k/a SANG COREA,

    Defendant.

## GOVERNMENT'S MOTION TO CORRECT THE STATEMENT OF REASONS

Pursuant to Federal Rule of Criminal Procedure 36, the government moves the Court for an order correcting the Statement of Reasons that was issued on August 27, 2025. Specifically, the government requests that the Statement of Reasons be corrected to reflect the fact that the Court varied upward in sentencing the defendant to 810 months' imprisonment.

Rule 36 of the Federal Rules of Criminal Procedure empowers the Court to correct, "[a]fter giving any notice it considers appropriate," "a clerical error in a judgment, order, or other part of the record, or correct an error in the record arising from oversight or omission." Fed. R. Crim. P. 36; *United States v. Alexander*, 141 F.3d 1186 (10th Cir. 1998) (stating that "[t]he court may correct its judgment for a clerical error at any time under Fed. R. Crim. P. 36").

1

On August 22, 2025, the Court sentenced the defendant to 810 months' imprisonment after determining that the relevant guidelines range was 108 to 135 months. That same day, the government filed a motion requesting that the Court clarify that the Court had varied upward based on the 18 U.S.C. § 3553(a) factors in order to reach that sentence. *See* ECF No. 249. On August 27, 2025, the Court granted the government's motion, stating that it "misspoke at the sentencing hearing when it said that it was imposing a sentence within the range prescribed by the Sentencing Guidelines." ECF No. 255 at 2. It further provided that "an upward variance was warranted based on the § 3553(a) factors." *Id.* at 3. Shortly after, the Court docketed the Judgment, *see* ECF No. 256, and the Statement of Reasons, *see* ECF No. 257.

In the Statement of Reasons under Section IV, entitled "Guideline Sentencing Determination," the Court selected option B, indicating that the sentence was "within the guidelines range." *Id.* at 2. However, based on the Court's order at ECF No. 255, option D under Section IV should be selected instead, which provides, "The court imposed a sentence otherwise outside the sentencing guideline system (i.e., a variance)." *Id.* Additionally, on page three of the Statement of Reasons under Section VI, entitled "Court Determination for a Variance," the Statement of Reasons should be amended to select the options under subsections A, B, and C to indicate that the sentence imposed was an upward variance based on the § 3553(a) factors.

Accordingly, the government respectfully requests that the Court correct the Statement of Reasons to align with the Court's order and indicate that the sentence was an upward variance from the guidelines range.

Respectfully submitted this 28th day of August, 2025

    PETER MCNEILLY
    United States Attorney

    *s/ Melissa Hindman*
    Assistant U.S. Attorney
    U.S. Attorney's Office
    1801 California St., Ste. 1600
    Denver, CO 80202
    Telephone: 303-454-0100
    Fax: 303-454-0401
    E-mail: Melissa.Hindman@usdoj.gov
    Attorney for the Government

    *s/ Laura Cramer-Babycz*
    Assistant U.S. Attorney
    U.S. Attorney's Office
    1801 California St., Ste. 1600
    Denver, CO 80202
    Phone:  (303) 454-0100
    Fax: 303-454-0401
    Email: Laura.Cramer-Babycz@usdoj.gov
    Attorney for the Government

    MATTHEW R. GALEOTTI
    Acting Assistant Attorney General
    Criminal Division

    By: *s/Christina Giffin*
    Christina Giffin
    District of Columbia Bar No. 476229
    Deputy Chief
    United States Department of Justice
    Criminal Division
    Human Rights and Special Prosecutions
    1301 New York Ave. NW, Suite 1200
    Washington, D.C. 20530
    Telephone: (202) 514-5792
    Facsimile: (202) 305-4624
    Email: Christina.Giffin@usdoj.gov

    By: *s/Marie Zisa*
    Marie Zisa
    New York Bar No. 5663265

        Trial Attorney
        United States Department of Justice
        Criminal Division
        Human Rights and Special Prosecutions
        1301 New York Ave. NW, Suite 1200
        Washington, D.C. 20530
        Telephone: (202) 305-3731
        Facsimile: (202) 305-4624
        Email: Marie.Zisa@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of August, 2025, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send an electronic notification to all counsel of record.

*s/ Melissa Hindman*
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0401
E-mail: Melissa.Hindman@usdoj.gov